IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID ARTHUR McMANNIS**                                            **PLAINTIFF**

**v.**                                 **Civil No. 08-5233**

**BENTON COUNTY JAIL;
JAILER MONROE, Benton
County Jail; JERREME REECE,
Inmate, Benton County Jail;
and CAPTAIN HUNTER
PETRAY, Benton County Jail**                          **DEFENDANTS**

**O R D E R**

Now on this 23rd day of January, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #16, filed November 5, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                   **/s/Jimm Larry Hendren**
                                                   **HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**